**Constance Elisabeth DURRELL, Respondent,**

v.

**Jason Grant DURRELL, Appellant.**

**WD 78360**

Missouri Court of Appeals, Western District.

ORDER FILED: February 9, 2016

Michael Spiegel, Blue Springs, MO, Counsel, for Appellant

K. Martin Kuny, Independence, MO, Counsel, for Respondent

Robert Paden, Jr., Independence, MO, Co–Counsel, for Respondent

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

**ORDER**

Per Curiam:

Mr. Jason Grant Durrell appeals the trial court's valuation and division of marital property, its award of attorney fees, and its order for the repayment of healthcare premiums. We affirm. Rule 84.16(b).